```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  April 27, 2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
  Schik,                                          :
                                                   :
        Plaintiff,                          :    1:20-cv-07962 (ALC)
                                                   :
      -against-                              :    <u>ORDER</u>
                                                   :
  United States of America,                        :
                                                   :
        Defendant.                          :
                                                   :
------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of Defendant's request for a pre-motion conference regarding its anticipated motion to dismiss against Plaintiff Walter Schik. ECF No. 16. Individual Rule 2(A) asks the non-moving party to submit its response to a pre-motion conference letter "within 3 business days from the service of the moving party's letter." To date, Plaintiff has not responded. Accordingly, Plaintiff is hereby ORDERED to respond by **May 4, 2021**.

**SO ORDERED.**

**Dated:** April 27, 2021

    New York, New York                          **ANDREW L. CARTER, JR.**
                                                         **United States District Judge**